```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 14871
   LINDA A WINTON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6583


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/10/2008 and was not confirmed.

     The case was dismissed without confirmation 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED NOT I    10368.99           .00            .00
SANTANDER CONSUMER USA    UNSECURED        NOT FILED          .00            .00
PIONEER CREDIT RECOVERY   PRIORITY         NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00            .00
BALLY                     UNSECURED        NOT FILED          .00            .00
FIRST CASH ADVANCE        UNSECURED        NOT FILED          .00            .00
GUARANTY BANK             UNSECURED        NOT FILED          .00            .00
MONTICELLO MEDICAL CENTE  UNSECURED            69.00          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           220.74          .00            .00
PAYDAY LOAN STORE         UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00            .00
T MOBILE                  UNSECURED        NOT FILED          .00            .00
ISAC                      UNSECURED          3176.23          .00            .00
PRO SE DEBTOR             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------     --------------
TOTALS                        .00                .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 14871 LINDA A WINTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/19/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```